# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon Clark | CASE NUMBER |
| | 2:21-cv-9247-RGK (MAR) |
| v.                                    PLAINTIFF(S) | |
| Eduardo H. Ruiz Jr. | **ORDER RE REQUEST TO PROCEED** |
| | *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

11/30/21
_____          _____
Date                                          United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☐ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous          ☐ Immunity as to _____

☐ Other: _____
_____

Comments:

9/30/21
_____          _____
Date                                          United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☐ DENIED (see comments above).  IT IS FURTHER ORDERED that:

    ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.

    ☐ This case is hereby DISMISSED immediately.

    ☐ This case is hereby REMANDED to state court.

_____          _____
Date                                          United States District Judge